

**JUL 12 2012**
TONY R. MOORE, CLERK
BY _____
     DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NUMBER   6:11-CR-00199** |
| **VERSUS** | * | **JUDGE ELIZABETH FOOTE** |
| **CHRISTOPHER JAMES COURVELLE** | * | **MAGISTRATE JUDGE HILL** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Christopher James Courvelle, and adjudges him guilty of the offenses charged in **Count One** of the indictment against him.

THUS DONE AND SIGNED in chambers, this 12th day of July, 2012 in Shreveport, Louisiana.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE